# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0530, <u>Grace Woodham v. Janet Woodham & a.</u>, the court on March 15, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Grace Woodham, appeals an order of the Circuit Court (<u>Greenhalgh</u>, J.) dismissing her petition under RSA chapter 540-A. The plaintiff, however, has failed to provide this court with a record sufficient to decide the issues she has raised on appeal. <u>See</u> <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004) (holding that "[i]t is the burden of the appealing party . . . to provide this court with a record sufficient to decide [the] issues on appeal"). Accordingly, "we must assume that the evidence was sufficient to support the result reached by the trial court." <u>Id</u>. Additionally, to the extent that the plaintiff argues that the trial judge was biased, or that he otherwise should have disqualified himself, we disagree. Based upon our review of the limited record provided by the plaintiff, we cannot conclude that a reasonable person would have questioned the trial judge's impartiality. <u>See</u> <u>Sup. Ct. R.</u> 38, Canon 2.11; <u>State v. Bader</u>, 148 N.H. 265, 270-71 (2002) (observing, among other things, that adverse rulings alone do not render a judge biased).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**